FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 1 1 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ALIAKBAR MOHAMMAD AMIN

Criminal Action No.
1:25-MJ-376

### Government's Motion for Detention

The United States of America, by counsel, Richard S. Moultrie, Jr., Acting United States Attorney, and Erin N. Spritzer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:

   A crime of violence (18 U.S.C. § 3156).

2. **Reason for Detention**

   The Court should detain defendant because there are no conditions of release that will reasonably assure the safety of any other person and the community.

3. **Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: April 11, 2025.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-4633

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
Acting United States Attorney

ERIN N. SPRITZER
Assistant U.S. Attorney
Ga. Bar No. 152374

## Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel.

April 11, 2025

/s/ Erin N. Spritzer
Erin N. Spritzer
*Assistant United States Attorney*